# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 1:14cr20-MW/GRJ

RYAN SHAWN O'KEEFE,

    Defendant.

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 27, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), Defendant's plea of Guilty to Count One of the Indictment is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on January 15, 2015.**

                                                 **s/Mark E. Walker**
                                               **United States District Judge**